*HERMAN ROECKERS v. JOSEPH HART.

GUEST OF INNKEEPER OR BOARDING HOUSE KEEPER MAY RECOVER MONEY DEPOSITED WITH HOST AND MISAPPROPRIATED BY SERVANT OF LATTER.

> One receiving a stipulated sum of money for boarding and lodging and agreeing to safely keep over night money of his guest, is liable for its misappropriation by a servant of the former, whether regarded as an innkeeper or boarding house keeper.

ERROR to Hamilton common pleas court.

**W. C. McLean,** for plaintiff in error.
**W. A. Rinckhoff,** for defendant in error.

GIFFEN, J.

The defendant in error paid the plaintiff in error a stipulated sum of money for his board and lodging, and the latter agreed to safely keep over night the sum of $152, belonging to the former. The next morning the plaintiff in error gave the money to his servant for re-delivery to the defendant in error, but the servant appropriated the

---

*Affirming, *Hart* v. *Roeckers,* 19 Dec. 331.

same to his own use. The plaintiff in error was liable for the money so taken whether he be regarded as an innkeeper or a boarding house keeper. The defendant in error was his guest in either event. Beale, Innkeepers & Hotels Secs. 188, 293.

**Swing** and **Smith, JJ.,** concur.